UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANNE E. TANN,

        Plaintiff,                      Case Number 10-14696
                                                       Honorable David M. Lawson

v.

CHASE HOME FINANCE, L.L.C. and
IBM LENDER BUSINESS PROCESS
SERVICES, INC.,

        Defendants.
_____/

## ORDER DENYING MOTIONS FOR RECONSIDERATION

The matter is before the Court on the defendants' motions for reconsideration. A motion for reconsideration may be granted pursuant to E.D. Mich. LR 7.1(h)(1) when the moving party shows (1) a "palpable defect," (2) that misled the court and the parties, and (3) that correcting the defect will result in a different disposition of the case. E.D. Mich. LR 7.1(h)(3). "Generally, . . . the court will not grant motions for . . . reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication." *Id.* A "palpable defect" is a defect which is obvious, clear, unmistakable, manifest, or plain. *Mich. Dep't of Treasury v. Michalec*, 181 F. Supp. 2d 731, 734 (E.D. Mich. 2002) (citations omitted). The defendants have not presented evidence of a palpable defect that misled the Court. Instead, the defendants' motions merely revisit issues already decided by the Court. Therefore, the Court will deny the defendants' motions for reconsideration.

Accordingly, it is **ORDERED** that the defendants' motions for reconsideration [dkts. #81, 82] are **DENIED**.

                                              s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge

Dated: December 22, 2011

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 22, 2011.

                              s/Deborah R. Tofil
                              DEBORAH R. TOFIL